UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-24274

DAWN MICHELLE FRENCH,

    Plaintiff,
v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## NOTICE OF FILING PROOF OF SERVICE OF PROCESS

Plaintiff, Dawn Michelle French, files Proof of Service of Process showing that process was served on Defendant, Life Insurance Company of North America, on December 20, 2021.

Dated: December 21, 2021

    */s/ Edward P. Dabdoub*
    Edward Philip Dabdoub (FBN. 45685)
    eddie@longtermdisability.net
    Emily Quirino (FBN. 1031320)
    emily@longtermdisability.net
    DABDOUB LAW FIRM, P.A.
    1600 Ponce de Leon Blvd., Suite 1202
    Coral Gables, Florida 33134
    Tel: (305) 754-2000
    Fax: (305) 754-2007
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that on the 21st day of December, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

    */s/ Edward P. Dabdoub*
    Edward Philip Dabdoub (FBN. 45685)