*21-000568432*

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
**STATE OF FLORIDA**

---

DAWN MICHELLE FRENCH

PLAINTIFF(S)

VS.

LIFE INSURANCE COMPANY OF NORTH AMERICA

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

| | |
|---|---|
| CASE #: | 1:21-CV-24274 |
| COURT: | US DISTRICT COURT |
| COUNTY: | MIAMI |
| DFS-SOP #: | 21-000568432 |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, December 13, 2021 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, December 20, 2021 to the designated agent for the named entity as shown below.

   LIFE INSURANCE COMPANY OF NORTH AMERICA
   ROBERT KARMEN
   51 MADISON AVENUE, RM 10SB
   NEW YORK, NY 10010

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

EDWARD DABDOUB
DABDOUB LAW FIRM
1600 PONCE DE LEON
SUITE 1205
CORAL GABLES, FL 33134 United States

JC1

Office of the General Counsel - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, FL 32314-6200 - (850)413-4200