UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-24274-CMA

DAWN MICHELLE FRENCH,

    Plaintiff,

v.

FMR LLC; AND LIFE INSURANCE
COMPANY OF NORTH AMERICA,

    Defendants.
_____/

### PLAINTFIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT FMR LLC AND COUNT 1 OF PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DISABILITY BENEFITS

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Dawn Michelle French, hereby voluntarily dismisses Defendant, FMR LLC and Count 1 of Plaintiff's Second Amended Complaint for Disability Benefits ("Plaintiff's Second Amended Complaint") filed on January 20, 2022. Defendant, Life Insurance Company of North America, and all remaining allegations contained in Plaintiff's Second Amended Complaint remain.

### CERTIFICATE OF SERVICE

I CERTIFY that on the 22nd day of February, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

    *Edward P. Dabdoub*
    Edward P. Dabdoub (FBN. 45685)
    eddie@longtermdisability.net
    Emily Quirino (FBN. 1031320)
    emily@longtermdisability.net
    DABDOUB LAW FIRM, P.A.
    1600 Ponce de Leon Blvd., Suite 1202
    Coral Gables, FL 33134
    Tel: (305) 754-2000
    Fax: (305) 754-2007
    *Attorneys for Plaintiff*