**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  21-24274-CIV-ALTONAGA/Torres**

**DAWN MICHELLE FRENCH**,

      Plaintiff,

v.

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA**,

      Defendant.

_____/

## ORDER

      **THIS CAUSE** came before the Court upon the Joint Motion to Conduct Mediation via Videoconference [ECF No. 28].  Being fully advised, it is

      **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The mediation conference in this matter shall be held with Jack L. Townsend, Sr. on April 8, 2022 at 9:00 a.m. (EST).  The parties and their respective counsel are permitted to appear via videoconference.

      The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

      **DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record