# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**DAWN M. FRENCH,**

    **Plaintiff,**

v.                                                        **Case: 1:21-cv-24274**

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**

    **Defendant,**

_____/

## MEDIATION REPORT

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 4-8-2022 at the Zoom mediation conference:

( XX ) Plaintiff/Counsel Appeared          (   ) Plaintiff/Counsel did not Appear

( XX ) Defendant/Counsel Appeared       (   ) Defendant/Counsel did not Appear

<u>PLAINTIFF'S ATTORNEY/FIRM</u>:
**Geannina Burgos, Esq./ Emily Quirino Esq**
Dabdoub Law Firm, PA.
1600 Ponce de Leon Blvd., Suite 1202
Coral Gables, FL 33134

<u>DEFENDANT'S ATTORNEY/FIRM</u>:
**Shari L. Gerson**, **Esq.**
Gray Robinson
401 E. Las Olas Boulevard, Suite 1000
Ft. Lauderdale, FL 33301

**RESULTS**: *(Mediation Results Report will be filed electronically)*
(xx )     Full Settlement Agreement
(   )     Partial Settlement Agreement
(   )     No Settlement Agreement
(   )     Continued (Date)

LENGTH OF MEDIATION CONFERENCE:        <u>5.5   Hours</u>

                                                    <u>/s/ Jack L Townsend, Sr.</u>
                                                    <u>MEDIATOR</u>: **Jack L. Townsend, Sr., Mediator**
                                                    6408 E. Fowler Avenue, Tampa, FL 33617